**No. 64789.**—Menkes Feuer, Inc. *v.* United States, protests 58/18458(A), 58/18468, and 58/18467 (New York).

Opinion by MOLLISON, J. At the trial, it was stipulated that 7,032 square feet of the leather covered by entry 773282, 15,826.1 square feet of the leather covered by entry 774270, and 2,000 square feet of the leather covered by entry 783394 were used in the manufacture of shoes. The claim of the plaintiff was sustained to that extent.

**No. 64790.**—Hybern, Inc., dba The Akron *v.* United States, protest 59/14732 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Christmas trees which are manufactures of wood, the claim of the plaintiff was sustained.

**No. 64791.**—Amthor & Co., Inc., and Joseph A. Paredes & Co. et al. *v.* United States, protests 58/18437, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all materials respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.